# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4138
_____

ARTHUR J. CHRIS-TENSEN,

Appellant,

v.

EARTHLINK SHARED SERVICES,
LLC,

Appellee.

_____

On appeal from the Florida Commission on Human Relations.

May 30, 2018

PER CURIAM.

AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Arthur J. Chris-Tensen, pro se, Appellant.

Salomon Laguerre and Alex S. Drummond of Seyfarth Shaw, LLP, Atlanta, GA, for Appellee.